UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HARRIETT POOLER

VERSUS                                        CIVIL ACTION NO. 16-446-BAJ-EWD

THE NATURE CONSERVANCY

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HERE BY STIPULATED AND AGREED by and between the parties that this action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Signed:

**SCOTT D. WILSON**
**A PROFESSIONAL LAW CORPORATION**
533 Europe Street
Baton Rouge, Louisiana 70802
Phone 225-388-9788; Fax 225-344-1200
sdwilsonlaw@aol.com
BY:   s/Scott D. Wilson
   **SCOTT D. WILSON, T.A.**
   Louisiana Bar Roll # 19835
       Counsel for Plaintiff, Harriett Pooler


Christine White
Jones Walker LLP
201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
D: 504.582.8186   F: 504.589.8186
cwhite@joneswalker.com
By: s/Christine White
       La. Bar Roll #28804
       Counsel for Defendant, The Nature Conservancy

1

CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2017, a copy of this pleading was filed electronically with the Clerk using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via the court's system.

s/Scott D. Wilson