UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HARRIETT POOLER

VERSUS                                            CIVIL ACTION NO. 16-446-BAJ-EWD

THE NATURE CONSERVANCY

ORDER

CONSIDERING THE FOREGOING Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii),

IT IS ORDERED that this case be and it is hereby dismissed with prejudice.

Baton Rouge, Louisiana, this ____ day of _____, 2017,

_____
U.S. DISTRICT JUDGE