UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRIETT POOLER** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE NATURE CONSERVANCY** | **NO.: 16-00446-BAJ-EWD** |

### ORDER

Considering the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc. 31),

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **Plaintiff's claims against Defendant** are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 28TH day of June, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY